**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

~~FILED~~

11 JUL 12 PM 3: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 73CR15555 |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| PABLO CORREA-GONZALEZ (14), | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

 XX    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

 XX    of the offense(s) as charged in the Indictment:

        18:751 - ESCAPE


        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 2, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE